Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Elm One Call Locators, Inc.,** <br> **One Call Locators, LTD,** <br><br> Plaintiffs/Counter-Defendants, <br> vs. <br><br> **Jeanette Courchene,** <br><br> Defendant/Counter-Plaintiff, <br><br><br> **Jeanette Courchene,** <br><br> Third-Party Plaintiff, <br> vs. <br><br> **Standard Insurance Company,** <br><br> Third-Party Defendant. | Case No. 22-cv-1281 |

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Third-Party Defendant, The Standard Insurance Company was terminated on 11/02/2023. **IT IS FURTHER ORDERED AND ADJUDGED** the Court DISMISSES Defendant/Counter-Plaintiff Jeanette Courchene's counterclaims against Plaintiffs/Counter-Defendants One Call Locators, LTD., Elm One Call Locators, Inc., and Elm Utility Services for want of prosecution. The Court further DISMISSES Plaintiffs Elm One Call Locators, Inc. and One Call Locators, LTDs action against Defendant Jeanette Courchene pursuant to Federal Rule of Civil Procedure 42(a)(2).

**Dated:** 08/26/2024

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

s/MMM